# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**FILED**
CLERK, U.S. DISTRICT COURT
8/20/25
CENTRAL DISTRICT OF CALIFORNIA
BY: MRV DEPUTY

Case Number: **25-CR-00200(A)-SVW**
Defendant Number: **1**
U.S.A. v. **Joseph Neal Sanberg**
Year of Birth: **1979**

- [ ] Indictment
- [✓] Information

Investigative agency (FBI, DEA, etc.): **FBI, USPIS**

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:
- [ ] Class A Misdemeanor
- [ ] Minor Offense
- [ ] Petty Offense
- [ ] Class B Misdemeanor
- [ ] Class C Misdemeanor
- [✓] Felony

b. Date of Offense: **January 2020 to February 2025**

c. County in which first offense occurred: **Los Angeles**

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
- [✓] Los Angeles
- [ ] Ventura
- [✓] Orange
- [ ] Santa Barbara
- [ ] Riverside
- [ ] San Luis Obispo
- [ ] San Bernardino
- [ ] Other: ____

Citation of Offense: **18 U.S.C. §§ 1343, 2**

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
- [✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
- [ ] Eastern (Riverside and San Bernardino)
- [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
- [✓] No
- [ ] Yes

If "Yes," Case Number: ____

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): **25-CR-00042-SVW**

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: **Feb. 28, 2025**
Case Number: **25-MJ-1068**
Assigned Judge: **Hon. Douglas F. McCormick**
Charging: **18 U.S.C. § 1349**

The complaint/CVB citation:
- [✓] is still pending
- [ ] was dismissed on: ____

## PREVIOUS COUNSEL

Was defendant previously represented?
- [ ] No
- [✓] Yes

IF YES, provide Name: **Brian Michael, Marc Mukasey**
Phone Number: **(213) 892-5579, (212) 466-6406**

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
- [ ] Yes*
- [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
- [ ] Yes*
- [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**
- [ ] Yes
- [✓] No

This is the **1st** superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: **Mar. 25, 2025**
Case Number **25-CR-00200-SVW**

The superseded case:
- [✓] is still pending before Judge/Magistrate Judge **Stephen V. Wilson**
- [ ] was previously dismissed on ____

Are there 8 or more defendants in the superseding case?
- [ ] Yes*
- [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
- [ ] Yes*
- [✓] No

Was a Notice of Complex Case filed on the Indictment or Information?
- [ ] Yes
- [✓] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**INTERPRETER**

Is an interpreter required?  ☐ YES  ☑ NO

IF YES, list language and/or dialect: _____

**OTHER**

☑ Male   ☐ Female
☑ U.S. Citizen   ☐ Alien

Alias Name(s): _____

This defendant is charged in:
☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No
IF YES, should matter be sealed?  ☐ Yes  ☑ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud
☐ government fraud
☐ environmental issues
☐ narcotics offenses
☐ violent crimes/firearms
☐ public corruption
☐ tax offenses
☑ mail/wire fraud
☐ immigration offenses
☐ corporate fraud
☐ Other _____

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: Mar. 3, 2025
b. Posted bond at complaint level on: Mar. 3, 2025
   in the amount of $ 200,000
c. PSA supervision?  ☑ Yes  ☐ No
d. Is on bail or release from another district: N/A

Defendant is **in custody**:
a. Place of incarceration:  ☐ State  ☐ Federal
b. Name of Institution: N/A
c. If Federal, U.S. Marshals Service Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction:  ☐ Yes  ☐ No
   IF YES:  ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☐ No
   IF YES:  ☐ State  ☐ Federal  AND
Name of Court: _____
Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  __20__  __21__  __40__

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: N/A

Date: 08/20/2025

Signature of Assistant U.S. Attorney
Nisha Chandran
Print Name