UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No. 2:25-cr-00200-(A)-SVW   Date: 09/09/2025

Present: The Honorable: Alka Sagar, United States Magistrate Judge

Interpreter N/A   Language N/A

| Alma Felix | CS 09/09/2025 | Jenna Williams |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

U.S.A. v. Defendant(s)   ✔ Present   Released on Bond       Attorneys for Defendants:   ✔ Present   Retained

Joseph Neal Sanberg                                                                                         Brian R Michael

Proceedings: Arraignment of Defendant and/or   ✔ Assignment of Case   Initial Appearance   Appointment of Counsel

* Defendant states true name is the name on the Superseding Information.
* Defendant is arraigned under name on the Superseding Information.
* Defendant acknowledges having read the Superseding Information and discussed it with counsel.
* Court advises that the defendant has a constitutional right to be charged with a felony by an indictment from a grand jury, but that right can be waived and if so, the case would proceed on an information filed by the United States Attorney.
* Court asks if the defendant has discussed waiving the right to indictment by a grand jury with his attorney, and if so whether the defendant has formally waived that right.
* Defendant signs waiver of indictment in court.
* Waiver of Indictment is submitted, accepted by the Court, and filed.
* Defendant pleads "not guilty" to all counts of the Superseding Information.
* This case is assigned to Judge Stephen V. Wilson.
* It is ordered that the following date(s) and time(s) are set:
* Change of Plea and Setting: 09/15/2025 11:00 AM
* Judge Wilson is located in 10A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc: PSALA      PSAED       PSASA
    USMLA      USMED       USMSA                Initial Appearance/Appointment of Counsel: 00 : 00
    Statistics Clerk       Interpreter                                         Arraignment: 00 : 03
    CJA Supervising Attorney    Fiscal                        Initials of Deputy Clerk: AF by TRB