# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - CHANGE OF PLEA

| | |
|---|---|
| Case No.: 2:25-cr-00200-SVW | Date: September 15, 2025 |

| | |
|---|---|
| Present: The Honorable | **STEPHEN V. WILSON, United States District Judge** |
| Interpreter | N/A |

| Daniel Tamayo | C/S 9-15-2025 | Adam L.D. Stempel<br>Nisha Chandran<br>Jenna Williams |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Joseph Neal Sanberg | √ | | √ | Brian R Michael, retained; | √ | | √ |
| | | | | Marc L. Mukasey retained; | √ | | √ |
| | | | | Torrey Young retained | √ | | √ |

**Proceedings:**   CHANGE OF PLEA (Held and Continued)

Court and counsel confer. For the reasons stated on the record, the Court ORDERS the parties to meet and confer and propose a new date to hold the Change of Plea hearing.

cc:   USPO, PSA

|   | : | 50 |
|---|---|---|
| | Initials of Deputy Clerk | DTA |