BILAL A. ESSAYLI
Acting United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
NISHA CHANDRAN (Cal. Bar No. 325345)
Assistant United States Attorney
Major Frauds Section
JENNA G. WILLIAMS (Cal. Bar No. 307975)
Transnational Organized Crime Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2429
     Facsimile: (213) 894-0241
     E-mail:    Nisha.Chandran@usdoj.gov

LORINDA I. LARYEA
Acting Chief, Fraud Section
Criminal Division, U.S. Department of Justice
THEODORE M. KNELLER (D.C. Bar No. 978680)
ADAM L.D. STEMPEL (D.C. Bar No. 1615015)
Trial Attorneys, Fraud Section
Criminal Division, U.S. Department of Justice
     1400 New York Avenue, NW
     Washington, DC 20530
     Telephone: (202) 514-5799
     Facsimile: (202) 514-3708
     Email: Theodore.Kneller@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-cr-00200(A)-SVW |
| Plaintiff, | |
| v. | GOVERNMENT'S SUPPLEMENTAL BRIEF: SUMMARY OF FACTUAL BASIS FOR PLEA AGREEMENT |
| JOSEPH NEAL SANBERG, | |
| Defendant. | |

The parties previously filed on August 20, 2025, in Attachment A to the plea agreement (Dkt. 43), a recitation of facts that defendant acknowledges the United States would prove beyond a reasonable doubt if this case proceeded to trial, and which defendant acknowledges to

be true.  On September 15, 2025, the parties appeared before the Court for a change of plea hearing.  During that hearing, the Court directed the government to provide a summary of the factual basis set forth in Attachment A to aid the Court's understanding of the relevant facts, and thereafter adjourned the hearing until October 20, 2025, for that purpose.

Accordingly, the government has summarized portions of the factual basis below.  This summary is not intended to, nor does it, modify, supplement, or supplant the factual basis as agreed upon by the parties in Attachment A to the plea agreement.  The United States has conferred with counsel for defendant regarding the government's summary and the defense has no objection to its filing for the purpose of aiding the Court.

<u>SUMMARY OF FACTUAL BASIS</u>

1.  From January 2020 to February 2025, in Los Angeles County, defendant and others participated in a scheme to defraud lenders and investors and to obtain money from those lenders and investors using false representations, and by concealing material facts.

2.  As part of the scheme, from about January 2020 through October 2024, defendant and co-schemer Ibrahim Ameen AlHusseini defrauded two private credit funds (the "Funds") of $145 million. Together, defendant and AlHusseini caused falsified account statements in bank and brokerage accounts held by AlHusseini to be sent to the Funds, which inflated the amount of money and assets in those AlHusseini bank and brokerage accounts by tens of millions of dollars.  The Funds accepted AlHusseini as a guarantor and defendant obtained two loans.

3. On March 3, 2025, co-schemer AlHusseini pleaded guilty before this Court to one count of wire fraud in connection with this conduct. See United States v. AlHusseini, 2:25-cr-00042-SVW, Dkt. 43 (C.D. Cal. Mar. 3, 2025).

4. Defendant was the co-founder of Company A, an online banking and investment services company that at relevant times also provided carbon emission offset services. At various times, defendant was Company A's largest shareholder and served on Company A's board of directors. To convince certain investors to purchase Company A stock or invest in other assets related to Company A, Defendant misrepresented Company A's revenue and assets and caused Company A's revenue to be falsely inflated. Between March 2021 and November 2022, certain customers of Company A paid for carbon offset services with funds received from defendant, but defendant concealed from Company A's investors that he was the source of funds for these customers' payments. The revenue improperly booked by Company A from these customers made Company A's financial statements materially inaccurate. Then, knowing that Company A's financial statements materially misstated revenue from these customers, defendant solicited investors to purchase securities related to Company A using materially false representations and statements that omitted material facts.

5. As part of the scheme, on March 21, 2022, defendant sent messages by interstate wire from within the Central District of California to an officer of Company A in Arizona. In the messages, defendant stated to the officer of Company A that specific payments to Company A were from a particular customer. Defendant made these

statements to conceal from Company A investors that the payments were in fact from an entity defendant controlled, and not from a customer.

6. Additionally, as part of the scheme, on June 5, 2024, defendant sent an email by interstate wire from within the Central District of California to an individual in Florida. Defendant attached to the email a letter purporting to be written and signed by members of Company A's Audit Committee (the "Audit Committee Letter"). The Audit Committee Letter contained materially false representations that defendant knew to be false. The Audit Committee Letter stated that Company A had "a balance of cash and equivalents of at least $250,000,000." In fact, Company A had a cash balance of less than $1,000,000 in June 2024. The false statements in the Audit Committee Letter influenced an investment manager's decision to loan defendant approximately $16,000,000 in January 2025.

Dated: October 17, 2025          Respectfully submitted,

BILAL A. ESSAYLI
Acting United States Attorney

LORINDA I. LARYEA
Acting Chief, Fraud Section
U.S. Department of Justice

         /s/
_____
ADAM L.D. STEMPEL
THEODORE M. KNELLER
NISHA CHANDRAN
JENNA G. WILLIAMS

Attorneys for Plaintiff
UNITED STATES OF AMERICA

4