UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - CHANGE OF PLEA**

| Case No.: | 2:25-cr-00200-SVW | Date: | October 20, 2025 |
|---|---|---|---|

| Present: The Honorable | STEPHEN V. WILSON, United States District Judge |
|---|---|
| Interpreter | N/A |

| Daniel Tamayo | Laura Elias | Adam L.D. Stempel<br>Nisha Chandran<br>Jenna Williams |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Joseph Neal Sanberg | √ | | √ | Brian R Michael, retained | √ | | √ |
| | | | | Marc L. Mukasey retained | √ | | √ |
| | | | | Torrey Young retained | √ | | √ |

**Proceedings:**   CHANGE OF PLEA (Held and Completed)

Defendant moves to change plea to the First Superseding Information.
Defendant now enters a new and different plea of Guilty to Counts 1 and 2 of the First Superseding Information.

The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered.

The Court refers the defendant to the Probation Office for investigation and report and continues the matter to **February 23, 2026, at 11:00 a.m., for sentencing.**

The Court vacates the Jury Trial date and Status Conference date, as to this defendant only.
The Court orders this matter referred to the U.S. Probation Office for a presentence investigation and preparation of a presentence report.

cc:    USPO, PSA

|  | 1 | : | 15 |
|---|---|---|---|
| | Initials of Deputy Clerk | | DTA |