1  BRIAN R. MICHAEL (CA SBN 240560)
   Morrison Foerster LLP
2  707 Wilshire Boulevard, Suite 6000
   Los Angeles, CA 90017-3543
3  Telephone: (213)892-5200
   Facsimile: (213)892-5454
4  E-Mail:   bmichael@mofo.com

5  MARC L. MUKASEY (*Pro Hac Vice*)
   620 Eighth Avenue, 32nd Floor
6  New York, NY 10018-1405
   Telephone: (212)218-5500
7  Facsimile: (212)218-5526
   E-Mail:   mmukasey@seyfarth.com
8
   Attorneys for Defendant
9  JOSEPH NEAL SANBERG

10                UNITED STATES DISTRICT COURT

11             FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 | UNITED STATES OF AMERICA,      | No. 25-CR-200-SVW
13 |         Plaintiff,             | [PROPOSED] ORDER GRANTING
   |                                | STIPULATION REGARDING REQUEST FOR
14 |         v.                     | CONTINUANCE OF SENTENCING HEARING
15 | JOSEPH NEAL SANBERG,           |
   |                                | **CURRENT SENTENCING HEARING DATE:**
16 |         Defendant.             | February 23, 2026, at 11:00 a.m.
17 |                                | **NEW SENTENCING HEARING DATE:**
   |                                | April 27, 2026, at 11:00 a.m.
18

**[PROPOSED] ORDER**

Before the Court is Defendant JOSEPH NEAL SANBERG's Stipulation Regarding Request for Continuance of Sentencing Hearing. Having read and considered the Stipulation, and all other matters properly before the Court, and for good cause appearing,

IT IS HEREBY ORDERED THAT the requested continuance of the Sentencing Hearing stipulated to by the parties is GRANTED. The sentencing hearing is continued to April 27, 2026 at 11:00 a.m.

IT IS SO ORDERED.

Dated: January 28, 2026

_____
Honorable Stephen V. Wilson
United States District Judge