**DECLARATION OF THEODORE M. KNELLER**

I, Theodore M. Kneller, declare as follows:

1. I am a Trial Attorney for the Fraud Section in the Criminal Division of the United States Department of Justice, and I am assigned to the prosecution of United States v. Joseph Sanberg, No. CR 25-200-SVW.  I make this declaration in support of the government's sentencing position as to defendant Joseph Sanberg.

2. Exhibit 1 is a true and correct copy of a victim impact statement submitted to the government by E.K. and M.K. in the above-reference case. The government has redacted personal identifying information.

3. Exhibit 2 is a true and correct copy of a victim impact statement submitted to the government by K.G. in the above-reference case. The government has redacted personal identifying information.

3. Exhibit 3 is a true and correct copy of a victim impact statement submitted to the government by Y.B. in the above-reference case. The government has redacted personal identifying information.

4. Exhibit 4 is a true and correct copy of a victim impact statement submitted to the government by M.D. in the above-reference case. The government has redacted personal identifying information.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Alexandria, Virginia, on April 13, 2026.

THEODORE M. KNELLER