# EXHIBIT 1

<u>**UNITED STATES v.**</u> Joseph Neal Sanberg

**COURT DOCKET NUMBER:** 25-CR-200

**VICTIM IMPACT STATEMENT**

VICTIM NAME: E██████ K██ & M████ K████

Are you, or an entity that you represent, a victim of any of the following categories of crimes involving the Joseph Sanberg, Ibrahim AlHusseini, or Aspiration Partners, Inc. n/k/a CTN Holdings, Inc. d/b/a Catona Climate? (Check all that apply and provide a detailed description of the crime(s).)

☐ Loan Fraud

☑ Investment Fraud

☐ Other Fraud (please describe below)

☐ Other non-fraud crime(s) (please describe below )

We, E██████ and M████ K███, are married. We are victims of Joseph Neal Sanberg and Ibrahim AlHusseini.

In your description, please include relevant dates or date-ranges, monetary amounts, names of individuals involved, and the names of entities involved.  Please also describe any suspected false statements, misrepresentations, or omissions of material fact that were important to your decision to buy, sell, or hold an investment and/or lend money.

Between 2021 and 2024, we, E██████ and M████ K███ invested a total of $1,400,000 in AGO Special Situations LP ("AGO"), a significant investor in Aspiration Partners, Inc. To do so, we executed subscription agreements to purchase a limited partnership interest in AGO. The subscription agreements were signed by Joseph Sanberg as CEO of AGO III GP, LLC, which purported to be AGO's General Partner.

After learning of Sanberg's arrest in March 2025, AGO's limited partners were informed that the AGO had previously unknown assets that the managing partner was planning to liquidate. The limited partners agreed to engage GGG Partners for this purpose with the understanding that Sanberg would relinquish control of AGO. As of today, however, we have received no money through liquidation and have not been apprised about whether the purported assets even exist.

I, E██████ K███, also invested $5,000 in AGO Special Situations Credit LP ("AGO SSC LP"), another Aspiration investment vehicle marketed by Sanberg that was similar to AGO Special Situations LP.

DOJ-PROD-0000258327

UNITED STATES v.  Joseph Neal Sanberg

COURT DOCKET NUMBER: 25-CR-200

VICTIM IMPACT STATEMENT

VICTIM NAME: E████ K██ & M████ K███

What is the approximate amount of money invested or loaned in connection with suspected fraud?

$1,405,003.28.

Have you received any repayments, dividends, or other payments in connection with the amount invested and/or loaned?  If yes, approximately how much?

Yes. I, E████ K███ received a total of $62,962.71 in distributions from two sources:

First, from AGO Special Situations LP, I received three annual distributions, each averaging approximately $20,600, and totaling, $61,962.71, to satisfy IRS required minimum distributions ("RMD") related to holding a traditional IRA account after the age of 72.

Second, I received alleged quarterly coupon distributions of $250, totaling $1,000 for my investment in AGO Special Situations Credit LP.

Have you filed a civil suit against the defendant(s) or related parties? If yes, please list the case name, court location, and docket number.

No.

Have you reported the suspected crime to other law enforcement agencies and/or prosecutorial offices? If yes, please list all applicable agencies and offices, approximate date(s) that reports were made, and any relevant reference numbers.

No.

DOJ-PROD-0000258328

<u>UNITED STATES</u> v.    Joseph Neal Sanberg

**COURT DOCKET NUMBER:** 25-CR-200

**VICTIM IMPACT STATEMENT**

VICTIM NAME:  E█████K███ & M████K███

**<u>Financial Hardship</u>** (For the following, <u>check all that apply</u> and <u>please explain</u> in the box below.)

Has the effect or impact of this crime resulted in you:

☐ becoming insolvent;

☐ filing for bankruptcy under the Bankruptcy Code (title 11, United States Code);

☑ suffering substantial loss of a retirement, education, or other savings or investment fund;

☑ making substantial changes to your employment, such as postponing your retirement plans;

☑ making substantial changes to your living arrangements, such as relocating to a less expensive home;

☐ suffering substantial harm to your ability to obtain credit; or

☐ suffering some other form of substantial financial hardship (description required).

Please describe in detail:

We ask permission to provide additional information at a later date.

DOJ-PROD-0000258329

<u>**UNITED STATES v.**</u> Joseph Neal Sanberg

**COURT DOCKET NUMBER:** 25-CR-200

**VICTIM IMPACT STATEMENT**

VICTIM NAME:

## <u>Financial Losses</u>

Please list your actual financial losses from this crime. (Use additional paper if needed.)

Exclude or deduct from your losses any amounts that you have been paid out or that you expect to be repaid.

Please attach relevant supporting materials whenever possible.

| | |
|---|---|
| Investment AGO Special Situations LP | $ 1,400,003.28 |
| Investment in AGO Special Situations Credit LP | 5,000.00 |
| **Gross Losses to AGO** | **$ 1,405,003.28** |
| IRA required minimum distributions (RMDs) | (61,962.71) |
| Alleged coupon distributions | (1,000.00) |
| **Net Losses to AGO** | **$ 1,342,040.57** |
| IRA fees | TBD |
| Legal fees | TBD |
| Tax penalties and fees | TBD |
| Research expenses | TBD |
| **Total Net Losses (min.)** | **$ 1,342,040.57** |

Net losses from AGO investments total $1,342,040.57. We expect additional losses from related fees and penalties. IRA fees already total $2,765 and continue to grow at a rate of $100 for each of us every quarter.

Please see chart inserted as page 6 of this statement and supporting documents in the zip files attached to the email transmitting this victim impact statement.

We ask permission to provide additional information at a later date.

## <u>Federal Tax, Penalty, and Interest Information</u>

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

None yet. We are deeply concerned about penalties resulting from Sanberg's failure to file forms 1065 and issue K1 forms to limited partners of AGO Special Situations LP, and AGO Special Situations Credit LP, for which I received alleged coupon distributions. We are further concerned about fees and penalties to amend our personal tax filings.

DOJ-PROD-0000258330

<u>**UNITED STATES v.**</u> Joseph Neal Sanberg

**COURT DOCKET NUMBER:** 25-CR-200

**VICTIM IMPACT STATEMENT**

VICTIM NAME:  E██████ K████ & M█████ K█████

What else would you like the court to know about the defendant or your situation as a result of the crime?

We are in our 70s and first-generation Americans, who came to this country with very little. The losses, and growing related fees, represent savings from 40 years of our lives - our entire IRAs - and have severely reduced our safety net.

We are concerned that health and other emergencies will wipe us out in our remaining years, and the cost of living will put retirement out of reach.

We ask permission to provide additional information at a later date.

DOJ-PROD-0000258331

**SUPPORTING DOCUMENTS & SCHEDULE OF LOSSES**

| DATE | DOCUMENT | FILE NAME | AMOUNT ($) |
|---|---|---|---|
| **AGO Special Situations LP** | | | |
| 2/13/2021 | subscription agreement | 2021-03-02_AGO SS LP_subscription_█████████████ secured.pdf | |
| 2/24/2021 | outbound wire request | 2021-02-24_TDAmeritrade_███joint_outbound wire | |
| 2/28/2021 | outbound wire request | 2021-02-28_TDAmeritrade_███joint_outbound wire | |
| February 2021 | proof of transfer | 2021_February_TDAmeritrade_███oint_ Statement_300k_wire proof_redacted_secured.pdf | 300,000.00 |
| March 2021 | proof of transfer | 2021_March_TDAmeritrade_███joint_ Statement_200k_wire proof_redacted_secured.pdf | 200,000.00 |
| 3/25/21 | proof of transfer | 2021-03-25_Alto IRA████████_AGO SS LP_investment details_secured.pdf | 553,156.20 |
| 4/1/21 | proof of transfer | 2021-04-01_Alto IRA████████_AGO SS LP_investment details_secured.pdf | 346,847.08 |
| 3/20/23 | proof of transfer | 2021-03-25_Alto IRA████████_AGO SS LP_investment details_secured.pdf | (20,188.18) |
| 12/26/23 | proof of transfer | 2021-03-25_Alto IRA████████_AGO SS LP_investment details_secured.pdf | (20,873.82) |
| 10/21/24 | proof of transfer | 2021-03-25_Alto IRA████████_AGO SS LP_investment details_secured.pdf | (20,900.71) |
| 2/25/21 - present | IRA fee payments | 2025-12-01_████████Alto IRA fees_secured.pdf | 1,607.71 |
| 2/25/21 - present | IRA fee payments | 2025-12-01_███████Alto IRA fees_secured.pdf | 1157.61 |
| **AGO Special Situations Credit LP** | | | |
| 3/14/24 | subscription agreement | 2024-03-14_AGO Credit LP_subscription_██████████secured.pdf | |
| 3/18/24 | proof of transfer | 2024-03-18_BofA_████████AGO SS Credit_5k_wire proof_redacted_secured.pdf | 5,000.00 |
| 4/2/24 | proof of transfer | 2024-04-02_BofA_██████deposit_AGO SS Credit_coupon proof_secured.pdf | (250.00) |
| 7/29/24 | proof of transfer | 2024-07-29_BofA_██████deposit_AGO SS Credit_coupon proof_secured.pdf | (250.00) |
| 10/8/24 | proof of transfer | 2024-10-08_BofA_██████deposit_AGO SS Credit_coupon proof_secured.pdf | (250.00) |
| 1/7/25 | proof of transfer | 2025-01-07_BofA_████████deposit_AGO SS Credit_coupon proof_secured.pdf | (250.00) |

| | | |
|---|---|---|
| Investment AGO Special Situations LP | $ | 1,400,003.28 |
| Investment in AGO Special Situations Credit LP | | 5,000.00 |
| **Gross Losses to AGO** | **$** | **1,405,003.28** |
| IRA required minimum distributions (RMDs) | | (61,962.71) |
| Alleged coupon distributions | | (1,000.00) |
| **Net Losses to AGO** | **$** | **1,342,040.57** |
| IRA fees | | TBD |
| Legal fees | | TBD |
| Tax penalties and  fees | | TBD |
| Research expenses | | TBD |
| **Total Net Losses (min.)** | **$** | **1,342,040.57** |

DOJ-PROD-0000258332

DOJ-PROD-0000258333