January 18, 2026

The Honorable Stephen V. Wilson
First Street U.S. Courthouse
Courtroom 10A
350 W. 1st Street
Los Angeles, CA 90012

Dear Judge Wilson,

A little more than ten years ago, I walked into a political event and met Joseph Sanberg through a mutual friend. I was about to quit my job as an attorney at a law firm to focus on my run for Congress to help shape federal policy and have a positive impact on the people of California's 44th Congressional District.  It was one of the poorest districts in California. Joe was engaged on policies that would help the most vulnerable, the very people I was running to represent. I shared with Joe my childhood struggles of being raised by immigrant parents in a low-income household. Joe shared with me his vision to help lift people out of poverty, along with his own childhood struggles of being raised by a single parent and losing their family home. We developed an instant connection, both personally and professionally.

I write this letter to offer my personal perspective on the character of Joseph Sanberg. I have seen his deep and consistent commitment to improve the lives of others, especially the less fortunate and those living in poverty. In the decade I have known Joe, nearly every conversation has been about his work to help provide economic opportunity to those who need it the most.

I saw his work with CALEITC4Me and the Golden State Opportunity Fund. Joe created both organizations to have the widest possible reach to help lift Californians out of poverty. Joe did it because he wanted to help others, I know because I saw his work firsthand.

In 2017, just a few months after I was elected, Joe wanted to make sure that as many Californians as possible had access to free tax prep resources that would help low-income families take advantage of the earned income tax credits they deserved. My district at the time included cities like Compton and Watts and was the fourth poorest congressional district in the state of California. We knew that a larger tax return would have a huge impact for the people in my district. Joe didn't just hand me or my team off to others, Joe personally showed up to our community event in Lynwood, California to speak and make sure the event was a success. In the end, families making less than $54,000 received free tax prep assistance. The eligible families were able to receive up to $6,000 in earned income tax credits because of this event. For families in my district, this extra money was huge. It meant having more money in their pocket for rent, for food, for children's clothes and so much more. Joe was not simply doing this in my district, Joe was doing this statewide and with his own dollars. Over the years, I saw Joe tour the state, go into the most vulnerable communities to educate people, and make sure that information reached the people who needed the help the most.

For Joe, the goal to lift people out of poverty and provide economic opportunity was not merely a talking point, he led through his own actions.  We partnered together again in 2022 with his organization CalEITC4Me and the Golden State Opportunity Foundation. He worked with my team to make a representative available to be a special guest on a district-wide telephone townhall to provide critical information to Californias about free resources to help them claim a larger tax return from earned income tax credits. With the devastation from Covid continuing to impact the finances of so many struggling families - every penny made a difference.

**Ex. A-1**

Joe also led an effort to make sure people were paid with dignity through a minimum wage ballot initiative. An effort, I was proud to support. Joe stepped up with his own money, in an effort aimed at ensuring working people could earn a livable wage. Sometimes in politics, we cannot effectuate change through legislation fast enough. This is evident by a federal minimum wage that remains at $7.25 an hour. Joe took the initiative to qualify a ballot measure that would lead to an increase in the California minimum wage.  I did not hesitate to join Joe in this effort because I knew it would make a big difference, but also because Joe was sincerely motivated by the goal of economic fairness. His involvement was driven by a belief that public policy should uplift vulnerable communities and provide dignity through work. In all of my work with Joe, it's never been about Joe being recognized, but about Joe helping others.

Finally, I have come to know Joe in a personal capacity. Over the last ten years we have attended ball games together, amusement parks, shared meals together with family and friends, and more. Once when I was hospitalized for two days, Joe offered to come visit and then had soup and meals delivered to me as I recovered. When I needed help with my mother because of ████████████████████, Joe stepped up to help. This was typical of Joe, it was Joe doing what he could to help others.

The positive impact Joe has had on many across our communities and me personally moves me to ask you to consider his entire body of work and personal character.

Thank you for your time and consideration.

Respectfully submitted,


Nanette Barragan
United States Congressmember

**Ex. A-1**