

# The Florida House of Representatives

## Democratic Leader's Office
**Representative Fentrice Driskell**

The Honorable Stephen V. Wilson
First Street U.S. Courthouse
Courtroom 10A
350 W 1st Street
Los Angeles, CA 90012

**April 10, 2026**

Dear Judge Wilson,

I am writing on behalf of my friend Joseph Sanberg, whom I have known for nearly thirty years. I am a member of the Florida House of Representatives, and I offer this letter to share with you what I know of Joe's character—not as a politician, but as someone who has witnessed his heart, resilience, and commitment to others across the full arc of our friendship.

I met Joe when I was a freshman at Harvard. I liked him immediately. He was sharp, hardworking, and one of the most politically astute people I had ever encountered. I was convinced even then that he would either become a United States Senator or be the brilliant strategist working behind the scenes to elect one. I, too, was drawn to politics, and I looked up to Joe.

What I appreciated most about Joe, though, was the kind of friend he was. He grew up in a single-parent household of very modest means. I also came from humble beginnings—one of four children raised in a small Florida city with strong Southern influences, attending public schools. There were days when I could scarcely believe I had been admitted to Harvard, let alone that I had actually accepted and was a student there. Joe helped me feel at ease. Through his example, I saw that it was possible to flourish in that environment despite where we had started.

I remember one Thanksgiving when most students were preparing to go home to be with their families. Joe's family did not have the resources to fly him back to California, and so he spent the holiday alone on campus. I remember feeling a deep sadness for him and wishing I had the means to send him home myself. But what impressed me about Joe then is the same quality that impresses me about him now: he was facing a situation that would have discouraged anyone, and understandably so. Yet Joe held his head high and kept pressing forward toward his dreams.

*Proudly Serving District 67 in North Tampa, Temple Terrace, and North Hillsborough County*

District Office: 13220 N 56th St, Suite A, Temple Terrace, FL 33617 | Tel. (813) 535-8580
Tallahassee Office: 316, The Capitol, 402 South Monroe Street, Tallahassee, FL 32399

**Ex. A-2**

Joseph Sanberg Letter
Page 2

And once he achieved success in the world of finance, he did not hoard it. He used his considerable talents to advocate against poverty and to help families in California find a better pathway to the American Dream.

Joe was also deeply supportive of me in college. When I aspired to run for president of the student government, there were students who counted me out. No Black student had ever been elected president of Harvard's student government at that time. But Joe believed in me. He helped guide my campaign and volunteered his time even though I was the clear underdog.

One of my fondest memories with Joe was on a chilly Cambridge night when he and a couple of our friends helped me hang a large campaign banner above the entryway of a popular on-campus pizza spot. We very nearly injured ourselves scaling the owner's rickety ladder, far higher than we should have, to tape a handmade poster over the door. Afterward, the four of us sat down for pizza and laughed until our sides hurt, grateful that we had survived the ordeal and successfully secured the banner. What I felt most, though, was gratitude—gratitude for friends like Joe who believed in me when others did not.

I am grateful that Joe and I have remained close over the years. I reach out to him whenever I am in California, and we always make it a point to get together. Now that we are older and have lived through the highs and lows that life invariably brings, our friendship has deepened around a shared appreciation for faith.

Faith is a guiding principle in my life. It gives me the strength to stand up for my community and to fight for every Floridian's freedom to be healthy, prosperous, and safe—regardless of race, gender, gender identity, sexual orientation, religion, zip code, or the number of zeroes in their bank account. I know from our long conversations that this ordeal has drawn Joe even closer to God and has required him to lean more deeply on his faith—both to reflect on and examine his own actions, and to trust in God's plan for his life.

I am honored to write this letter on behalf of my friend and to share with you that for nearly thirty years, I have known Joe Sanberg to be a person of sound character. He is not a perfect man, but he is one who strives always to be the best version of himself—one who looks out for the little guy because he knows what it is like to be one, and one who believes in the transformative power of faith to renew hearts, ease suffering, and offer a chance at redemption.

I humbly and sincerely hope that the Court will extend that chance to my friend.

Respectfully yours,

Fentrice D. Driskell
*Democratic Leader*
*Florida House of Representatives*

Ex. A-2