THOMAS UNTERMAN

April 9, 2026

The Honorable Steven V. Wilson

First Street U.S. Court House

350 W. 1st Street

Los Angeles, CA 90012

Dear Judge Wilson:

I am writing to call to your attention the many years of noteworthy public service performed by Joe Sanberg and his longstanding commitment to furthering the interests of the poor and disadvantaged.

By way of brief background, I began my career as an attorney and was a partner, first at Orrick and later Morrison & Foerster.  Beginning in 1992, I  served as a corporate executive at the Times Mirror Company, ultimately becoming Executive Vice President and Chief Financial Officer. Times Mirror owned and operated numerous media properties, most notably the Los Angeles Times. In 1999, I founded and managed Rustic Canyon Partners, a venture capital firm, until my retirement. Also, during my career, I have taught and, as a volunteer, participated in the administration of UCLA. In addition, I have been active in a number of civic and non-profit organizations, including, at different times serving as Chair of Public Counsel, Heal The Bay, MOCA and The California Community Foundation.

I first met Mr. Sanberg when he was honored by a nonprofit organization on whose board I served. He was recognized for his tireless work over several years in initiating and leading the legislative effort to adopt a state Earned Income Tax Credit in California. He then formed and led a non-profit that helped guide its implementation. That effort has had

PACIFIC PALISADES, CALIFORNIA                    **Ex. A-3**

THOMAS UNTERMAN

a meaningful and lasting impact, helping millions of low-income individuals and families across the state.

Following that introduction, Mr. Sanberg and I met on several occasions to discuss both business matters and broader social policy issues. I came away from those conversations with a strong appreciation for his commitment to using innovative approaches to address economic inequality and his commitment to work on this and other issues of social justice.

Also, I was impressed by his vision for Aspiration, which sought to build a business model that aligned financial success with positive social impact. I personally invested in the company. While Aspiration ultimately had a disappointing outcome as a business venture and my investment was lost, I continue to believe that it was founded with sincere and commendable intentions to serve both economic and social goals.

I offer this perspective in the hope that it may be helpful to the Court.

Respectfully submitted,

Thomas Unterman

PACIFIC PALISADES, CALIFORNIA                                    Ex. A-3