Honorable Stephen V. Wilson
First Street U.S. Courthouse
Courtroom 10A
350 W 1st Street
Los Angeles, CA 90012


January 15, 2026


Dear Judge Wilson,

I am writing on behalf of Joe Sanberg. I may seem like an unusual person to write on Joe's behalf as I have lost a significant sum in relation to my net savings on my investment in Aspiration.  But having read the wildly inaccurate portrayal of Joe by the press release from the US Attorney's office, I feel compelled to write. I was not asked by Joe or his lawyers. I affirmatively volunteered without being asked.

I have never talked to Joe in any detail about the facts of his case. My guess is that when Joe saw huge errors by those he entrusted with the management of Aspiration, he was desperate to get it on the right path again and perhaps crossed the line in trying to save not just himself financially, but all his many close friends who admired him and had invested in Aspiration based on him.  That, of course, is no excuse if he did cross lines. But it does go to something very important about who Joe is, his character and his ability to still contribute. Mainly: there is to me a difference between someone who has lived a selfish, self-serving life with questionable motives and tactics and finally gets caught, and someone who has lived an upstanding and public-service oriented life but made a bad mistake out of momentary desperation. I am writing today because I want you to fully understand that Joe is the latter.

I know that just asserting such positive attributes to Joe can seem like just empty words by a friend.  So, I would like to describe in some detail my experience in seeing his work that shows who Joe really is.

I had been the National Economic Advisor to both President Clinton and President Obama. I left the Obama White House in 2014 to re-join my wife (who is a TV writer) in Santa Monica. In my time in both White Houses I had been a major advocate for the Earned Income Tax Credit – a tax credit that goes to the most hard-pressed workers, lifting many of them out of poverty.  When I was back in DC at a conference in the fall of 2015, Bob Greenstein, (who was founder and head of the Center for Budget Policy and Priorities and by far the top advocate for the EITC in Washington DC), told me I had to meet Joe Sanberg.

**Ex. A-4**

He told me that he had been amazed by his successful effort to get an enhanced California EITC turned into law. Bob told me he has never seen a successful businessperson work so hard and be so hands on in passing state anti-poverty legislation.

But even Bob's praise of Joe for his leadership in driving passage of the California EITC expansion is not the thing that impressed me the most about Joe. What was most impressive to me was his founding and spearheading of Golden State Opportunity. Joe didn't just spearhead the California legislation; he created a major non-profit that would be focused on making sure low-income Californians actually received both the Federal EITC and the new expanded California EITC.  This led with Golden State Opportunity's very successful CalEITC4Me statewide information and outreach campaign.

Why does this still impress me so much about Joe? Because I have been at this for 34 years, and _I can tell you almost no one ever focuses on implementation – on ensuring all the people eligible actually receive the benefit_. It is a terrible thing that programs like WIC (Women Infants and Children) and other anti-poverty programs do not reach as many as one-third to one-quarter of eligible recipients. The unfortunate fact is that policymakers and outside philanthropists almost always focus only on passing new legislation – not doing the hard, less glamourous work of creating an operational and outreach machinery that makes sure people get anti-poverty benefits.

The fact that Joe conceived from the beginning the need for a major non-profit to engage on state-wide outreach and implementation to ensure those in need got the EITC benefits is just so important and so impressive. Many who are lower-income do not even think they need to file taxes – because they have no idea that they would receive desperately needed thousands of dollars in the EITC. Joe conceived Golden State Opportunity to make sure hundreds of thousands – even millions -- of lower-income Californians had both the awareness and had help doing the paperwork needed to receive both the California EITC and Federal EITC. This can make the difference for so many families between whether or not they live in poverty.

During the Biden Administration, I served as the White House Coordinator of the American Rescue Plan. One of the hardest issues we had in that implementation effort was ensuring that very, very low-income families actually signed up for the fully refundable Child Tax Credit. Golden State Opportunity was one of the top non-profits we relied on nationwide to provide us in the White House and at Treasury critical advice and guidance on what works to get people signed up. They are still doing such great work.

In 2016, I went out with Joe to a major conference that Golden State Opportunity was hosting. The room was filled with not only employees, but volunteers and recipients.

**Ex. A-4**

Everyone there knew Joe. Everyone was hugging him and seemed to have met him several times before. There were no cameras. No reporters. No glory. It was just striking how much this showed he had been so hands on not just in getting the legislation passed but starting up Golden State Opportunity.

Again, I am someone who lost significant funds investing in Aspiration. I cannot pretend myself and my wife are happy about that. But I also feel compelled to let you know that other than his current legal troubles, Joe was not just a fine and decent person before this unfortunate episode: he was a deeply dedicated, in the weeds, get-it-done, caring hero.

This episode has clearly been devastating financially, career-wise and reputation-wise for Joe. There is no sense in which he is going without punishment in many ways. But I truly hope that Joe can have the opportunity to find his way back to using his heart and talent to contribute without having to go to prison. I still believe in second chances and believe few people will do as much with a second chance as Joe. Thank you for hearing me out.


Sincerely,
Gene Sperling

**Ex. A-4**