December 23, 2025

Your Honor,

My name is Laurene Farrow, and I am a close family friend of Joe Sanberg. I was shocked and dismayed when I heard of the charges brought against Joe, as the actions that he is accused of seem totally out of character.

I have known Joe his entire life and I have seen him demonstrate kindness and compassion for his family, friends, and community. Joe has worked diligently and successfully in his efforts to help the homeless and the less fortunate. He has taken care of family members and, in the past few years, has taken care of his mother, who has not been well. So much of Joe's life and career has been dedicated to service, and I honestly believe that he has made the world around him a better place because of that dedication.

I have watched Joe make major life choices that were driven by his dedication to being a good son. For example, in high school and college Joe was passionate about pursuing a career in public service, motivated by a desire to serve others in need. But when college graduation approached, Joe initially chose to take a job in the private sector rather than pursue public service. He made this choice in order to guarantee a higher income so that he could support his mom, who was in dire financial condition at the time. Time and again, I have witnessed Joe try to do his best to support his family and those around him, because this has always been, from what I have seen, Joe's foremost priority.

This does not mean Joe is perfect. He made a terrible mistake while trying to save his company, but he has shown a willingness to admit to this misstep. I think it is important to take this into account, alongside all of his efforts to help his family and community, when considering Joe's sentencing.

I hope that you will take all of this into consideration at sentencing and know that Joe is, fundamentally, a good man who still has a great deal to offer society.

Thank you for taking the time to review this.

Most sincerely,


Laurene Farrow


**Ex. A-5**

Cherry Valley, CA ███

**Ex. A-5**