# EXHIBIT A-6

# FILED UNDER SEAL