The Honorable Stephen V. Wilson
First Street U.S. Courthouse
Courtroom 10A
350 W. 1st Street
Los Angeles, CA 90012


April 6, 2026


Dear Judge Wilson:


My name is Soni Rice and I am writing on behalf of my son, Joseph (Joe) Sanberg. I would like to share some insights and understanding about Joe in the face of circumstances that stand in stark contrast to the man I know him to be.

Joe grew up in a modest home environment. He was brought up to be considerate, kind to others and to reach out to those in need. My parents, first generation citizens, played an integral role in helping him to understand and be sensitive to the needs of others … starting at a very young age. Our large extended family helped to model and reinforce the importance of being a giving member of the community. These qualities were more than just words or lessons, but life-style beliefs woven into the fabric of our family. Joe was a peer tutor by the age of eight years old and played an ever-increasing role as a patient and persistent advocate for fellow students throughout the educational process. As an adult, Joe's ongoing effort to reach out to and actively help low-income families in California was a natural extension of his childhood upbringing. The programs he helped develop reflected the understanding he developed and cultivated so long ago.

For the past ten years, I watched Joe pour his heart and soul into Aspiration. Joe felt that Aspiration could provide a bridge between his ongoing concern for long range community and environmental goals and a dynamic, responsible, corporate model. It is my understanding that the management at Aspiration enlisted Joe to help them navigate challenging business problems and he offered his support in times of growth and crisis. I saw with my own eyes how much time and effort Joe gave to the company, and it is heartbreaking now to see those efforts being vilified.

Joe moved in with me in late 2022 as I was entering a time in my life when I needed considerably more daily help than what I could afford. I suffer from severe

**Ex. A-7**

and worsening ▮▮▮▮▮▮▮ and my mobility is becoming terribly limited. It is hard for me to walk much, even with the use of a cane.  These limitations also have impacted my balance and I have to take extra care not to fall.  As a result, things like preparing meals, cleaning, doing laundry, going to medical appointments and general errands are difficult if not impossible to do without help.  When Joe realized the difficulties I was experiencing, he insisted on moving in to help me navigate my increasing challenges.  While I rely on Joe to take care of my everyday basic needs, he is there for me in a way that his humane, kind and deeply respectful.  He goes out of his way to make me feel as independent as possible despite my severe limitations.  Joe's presence is absolutely necessary to me to navigate everyday life.  He provides help that I could not otherwise afford that the emotional support that is so crucial for my quality of life.

Your Honor, Joe grew up with an understanding of the importance of outreach and support, concern and compassion. He has brought this understanding forward in living his life as an adult. It's sad and frustrating to see him left so vulnerable at this moment, but I am proud of him as a son. I respect Joe as a man who has tried to live the principles he learned and in which I know he still believes.

I hope sharing these insights has been of help. Thank you for your time and consideration.


Sincerely,


Soni Rice

**Ex. A-7**