January 6, 2026

Honorable Stephen V. Wilson

United States District Judge

First Street U.S. Courthouse

350 West 1st Street, Courtroom 10A

Los Angeles, CA 90012-4565

Dear Judge Wilson,

My name is Michael Denning. I invested a significant amount of my retirement money into Aspiration Growth Opportunities fund. While I am still hurt by the loss of this money, my personal experience with Joseph has never given me any reason to believe he acted with malice or ill intent.

I met Joseph for the first time in New York City, around 2007. He was working as an analyst at one of the most respected hedge funds in New York; Tiger Global. Tiger was a client of mine. My job as an Asia equity sales person was to introduce companies in Asia for Tiger Global to invest in. I kept Joseph abreast of market moving news regarding these companies, and occasionally took analysts like Joseph to Japan, China, and India to meet the companies at their headquarters. It was on these trips to Asia that I got to know Joseph well.

Although our religions and political views differed, we shared similar moral values. In an industry that can sometimes reward aggressive or questionable behavior, Joseph consistently conducted himself with integrity and professionalism. Joseph did not cheat, had no desire to "win at all costs". At Tiger, and when at his own hedge fund, Joe was working in a highly regulated and scrutinized industry. He had a good reputation and was well respected. Joe was focused on his work, and did not have dreams of getting rich to live the life of luxury, but to one day make a real impact on the poverty-stricken families in America.

The time came when Joseph decided to leave Tiger Global. He had entertained a very lucrative offer from S.A.C. Capital Advisors. I distinctly remember the conversation Joe and I had about this offer.

**Ex. A-8**

When Joseph received a lucrative offer from S.A.C. Capital Advisors, he expressed concern about the reputational risks associated with the firm at that time. He ultimately chose to decline the offer and instead start his own fund, even though it meant walking away from a significantly larger financial opportunity. This decision reflected his long-standing commitment to doing what he believed was right

Not long after, Joseph made another difficult decision: he chose to forgo a substantial payout and return to Los Angeles to care for his mother as her health declined. During that time, we often spoke about our shared responsibilities to our families and his desire to help underserved communities in Los Angeles. His priorities were always clear— family and service came before personal gain.

When helping pack up his apartment in New York City, I was surprised at how modestly he lived. It is worth noting that Joe lived in a very normal and plain NYC apartment that overlooked a very busy and noisy avenue. He could have afforded much better and furnished it with high-end items, but he didn't. In fact, I never saw Joseph with a fancy watch, or designer clothes. He has never owned a luxurious house or a fancy car. He never traveled for vacations. I had been trying for years to get him away from his work for a birthday trip, but he always declined. All of his time and money went into taking care of his mother, the poor, and investing every penny into Aspiration.

I know Joseph to be a person who believes deeply in justice and personal responsibility. I am confident he will do everything in his power to make things right for those who trusted him, including friends and family like myself. Joseph was first a client and later a close friend, and I trust his character completely. I sincerely believe he can contribute far more to society as a free man than he ever could while incarcerated.

Respectfully,


Michael Denning

**Ex. A-8**