January 5, 2026

Dear Judge Wilson,

I am writing to offer my perspective on Joe Sanberg, whom I have known for just over six years. I first met Joe when he reached out to me regarding an organization he had founded, Golden State Opportunity, which was seeking a new President. I accepted the role and worked closely with Joe while he served as Chair of the Board for five years.

During the time I have known Joe, I have consistently seen someone deeply committed to addressing poverty—both through systemic policy change and through direct engagement with individuals struggling to make ends meet. Joe regularly volunteered with organizations serving unhoused and low-income Californians. It was not uncommon for him to call me after volunteering to connect our organization with someone he had met—often a worker experiencing housing insecurity who qualified for tax credits but had never been informed of them. In these interactions, Joe always treated people with respect, dignity, and an unwavering belief that our society should do better by those who work hard and still struggle.

His work to increase California's minimum wage to $18 per hour reflects this same commitment. I recall questioning whether the effort was worthwhile given that a $2 increase would initially impact fewer than two million workers. Joe responded without hesitation that every worker deserved higher wages and that progress required persistence beyond a single campaign. This combination of idealism and pragmatism has defined his approach to public-interest work and was a central reason I accepted the position at Golden State Opportunity.

Joe founded Golden State Opportunity in 2015 after helping lead the effort to establish California's first Earned Income Tax Credit. Recognizing that policy alone was insufficient if eligible workers were unaware of the benefit, he built an organization focused on outreach, education, free tax preparation, and continued policy expansion. As a result of this work, more than five million low-income Californians now claim over $1.2 billion annually through these state tax credits and billions more through federal credits. In 2025 alone, the organization's free tax preparation services secured over  $27 million in credits and saved workers more than $6 million in tax preparation fees. This impact is directly tied to Joe's vision and follow-through.

What I have always respected most about Joe is that he never sought personal recognition or financial gain from this work. While many wealthy founders center themselves in the organizations they create, Joe did not. He was engaged and supportive, yet consistently kept the focus on the mission and the people being served rather than on himself.

I want to be clear that I do not excuse or minimize the conduct that brings Joe before the Court. I understand the seriousness of the matter and the importance of accountability. At the same time, based on my years of close professional experience with him, I believe this offense does not reflect the totality of his character or his life's work. I am confident that Joe has the capacity

**Ex. A-9**

for continued accountability and that he can still contribute positively to the community in meaningful and constructive ways.

Thank you for taking the time to consider my perspective. I respect the Court's judgment and appreciate your careful attention to this matter.

Sincerely,

Amy Everitt
President, Golden State Opportunity

**Ex. A-9**