April 15, 2026

Judge Stephen V. Wilson
First Street United States Courthouse
350 West 1ˢᵗ Street, Courtroom 10A
Los Angelese, CA 90012


Dear Judge Wilson,

My name is Lawrence Toner and my entire professional career I was a teacher of religion, French, Latin and Spanish.  I also coached football and basketball.  I started teaching in 1960 and continued to do so until 2016.  I have degrees in theology and philosophy. I graduated from the Gregorian University in Rome, a selective Catholic university for those devoted to a religious life.  My main interest in teaching was as an avenue to engage my students as whole persons — morally and intellectually.  While I liked the subject matters I taught, I was always most interested in developing the person at the center of the student.

I taught Mr. Sanberg in 1993 when he was a freshman student in my religion class at the Catholic, all-boys High School in Anaheim, Servite.  I thought it was essential to be a decent teacher to know the persons you are teaching. Looking back to my time teaching Mr. Sanberg, I remember most that he had an unusual presence and a decided position about who he was.

In 2004, I was asked to start a program at Servite called the Formation Program, which was designed to educate and develop the personal will and moral character of students.  It was going to demand a lot of students in ways that were not academic but rather of the moral choice of students, such as how do they make good choices and what values need to be in place in order to make good choices.  The program was designed to put students in challenging situations where they had to make decisions of moral consequence, such as whether and how to feed the poor, working in homeless shelters and helping poor families meet their rent (including the students paying the rent).

Mr. Sanberg learned of the Formation Program and reached out to me in 2012 to ask how he could help.  One of the things we had contemplated is how to introduce our students to world cultures, education and societies different from their own.   Mr. Sanberg suggested that we choose China.  I personally thought it was unrealistic because of the cost and arduous measures required to launch and maintain such a program.  We needed to have a proper Chinese teacher to teach our students the language because we were going to take our 15 best students each year. Mr. Sanberg offered to underwrite the costs, which meant a multi-million dollar commitment to hire that teacher as well as procure the travel and accommodation to send our best students each summer for a month long immersion trip in China.

From that point forward, the best 15 students in each class would enroll in a Chinese language class that Mr. Sanberg funded and then after their second year attend an immersion trip.

This happened due to Mr. Sanberg's willingness to sacrifice for others without remuneration.

**Ex. A-10**

My experience with Mr. Sanberg is that he has always been forthright, knowledgeable, helpful and responsible.  His partnership and selflessness in developing our Chinese program revealed the range and depth of his generosity.  There was never, ever — ever — any consideration by Mr. Sanberg of asking the school or parents of students to contribute financially to the Chinese program.  He was always there with the full amount needed so that no student was ever turned away for cause of lack of money.

Mr. Sanberg has a great soul.  That's my experience with him and I do not back away from that in any way.

In closing, I did not become a teacher for any academic interest.  My entire reason for teaching was to get to the person of the student and try to teach the person how to live a good moral life.  I grew up a Catholic and was taught by nuns and priests.  They taught me that the word Catholic means "Universal" and that every person is to be taken as important morally, intellectually, physically — that each person is a gift regardless of religious affiliation.  I believe when I was taught that Catholic means "Universal" that meant everyone.

While I was taught that Catholic means universal, I was also taught that action follows being.  That being said, I consider Mr. Sanberg as a model gift from the Almighty.


Sincerely,

L.G. Toner Jr.

**Ex. A-10**