## WACHTELL, LIPTON, ROSEN & KATZ

MARTIN LIPTON
HERBERT M. WACHTELL
EDWARD D. HERLIHY
DANIEL A. NEFF
SCOTT K. CHARLES
JODI J. SCHWARTZ
ADAM O. EMMERICH
RALPH M. LEVENE
ROBIN PANOVKA
DAVID A. KATZ
ILENE KNABLE GOTTS
ANDREW J. NUSSBAUM
RACHELLE SILVERBERG
STEVEN A. COHEN
DEBORAH L. PAUL
DAVID C. KARP
RICHARD K. KIM
JOSHUA R. CAMMAKER
MARK GORDON
JEANNEMARIE O'BRIEN

STEPHEN R. DiPRIMA
NICHOLAS G. DEMMO
IGOR KIRMAN
JONATHAN M. MOSES
T. EIKO STANGE
WILLIAM SAVITT
GREGORY E. OSTLING
DAVID B. ANDERS
NELSON O. FITTS
JOSHUA M. HOLMES
IAN BOCZKO
MATTHEW M. GUEST
DAVID K. LAM
BENJAMIN M. ROTH
ELAINE P. GOLIN
EMIL A. KLEINHAUS
KARESSA L. CAIN
RONALD C. CHEN
BRADLEY R. WILSON
GRAHAM W. MELI

**51 WEST 52ND STREET**
**NEW YORK, N.Y. 10019-6150**

TELEPHONE: (212) 403-1000

FACSIMILE:   (212) 403-2000

GEORGE A. KATZ (1965-1989)
JAMES H. FOGELSON (1967-1991)
LEONARD M. ROSEN (1965-2014)

OF COUNSEL

DAVID M. ADLERSTEIN
ANDREW R. BROWNSTEIN
WAYNE M. CARLIN
DAMIAN G. DIDDEN
SELWYN B. GOLDBERG
PETER C. HEIN
DAVID E. KAHAN
JB KELLY*
JOSEPH D. LARSON
RICHARD G. MASON
PHILIP MINDLIN
THEODORE N. MIRVIS
ERIC S. ROBINSON

STEVEN A. ROSENBLUM
JOHN F. SAVARESE
MICHAEL J. SEGAL
ADAM J. SHAPIRO
WON S. SHIN
DAVID M. SILK
ELLIOTT V. STEIN
LEO E. STRINE, JR.**
STEPHANIE L. TEICHER
PAUL VIZCARRONDO, JR.
JEFFREY M. WINTNER
AMY R. WOLF
MARC WOLINSKY

COUNSEL

SUMITA AHUJA
LOREN BRASWELL
HEATHER D. CASTEEL
FRANCO CASTELLI
ANDREW J.H. CHEUNG
PAMELA EHRENKRANZ
ALINE R. FLODR
KATHRYN GETTLES-ATWA
LEDINA GOCAJ
ADAM M. GOGOLAK
ANGELA K. HERRING
MICHAEL W. HOLT

DONGHWA KIM
MARK A. KOENIG
J. AUSTIN LYONS
ALEXANDER S. MACKLER**
STEPHANIE A. MARSHAK
ALICIA C. McCARTHY
JOSEPH S. PAYNE
NICOLE D. SHARER
NEIL M. SNYDER
JEFFREY A. WATIKER
DAVID P.T. WEBB

GREGORY E. PESSIN
CARRIE M. REILLY
MARK F. VEBLEN
SARAH K. EDDY
VICTOR GOLDFELD
RANDALL W. JACKSON
BRANDON C. PRICE
KEVIN S. SCHWARTZ
MICHAEL S. BENN
TIJANA J. DVORNIC
JENNA E. LEVINE
RYAN A. McLEOD
ANITHA REDDY
JOHN L. ROBINSON
STEVEN WINTER
JACOB A. KLING
RAAJ S. NARAYAN
MICHAEL J. SCHOBEL
ELINA TETELBAUM
ERICA E. AHO

LAUREN M. KOFKE
RACHEL B. REISBERG
CYNTHIA FERNANDEZ
   LUMERMANN
CHRISTINA C. MA
BENJAMIN S. ARFA
NATHANIEL D. CULLERTON
ERIC M. FEINSTEIN
ADAM L. GOODMAN
STEVEN R. GREEN
MENG LU
AHSAN M. BARKATULLAH
MATTHEW T. CARPENTER
MICHAEL H. CASSEL
HANNAH CLARK
KYLE M. DIAMOND
JUSTIN R. ORR
EMILY E. SAMRA
GEORGE N. TEPE

*ADMITTED IN THE DISTRICT OF COLUMBIA AND NORTH CAROLINA
**ADMITTED IN DELAWARE

Direct Dial: (212) 403-1307
Direct Fax: (212) 403-2307
E-mail: DBAnders@wlrk.com

April 17, 2026

Honorable Stephen V. Wilson
United States District Court
Central District of California
350 West 1st Street
Los Angeles, California 90012

Re:  NBA Investigation/LA Clippers

Dear Judge Wilson:

My name is David Anders and I am a partner at this law firm.  I write with respect to the upcoming sentencing of Joseph Sanberg in *U.S.* v. *Sanberg*, Case No: 2:25-cr-200-SVW.

In September 2025, the National Basketball Association ("NBA") hired my law firm to conduct an investigation, which I have been leading, into potential NBA rules violations involving the LA Clippers basketball team.  In connection with our investigation, we sought Mr. Sanberg's cooperation, which he voluntarily provided.  Mr. Sanberg's defense counsel has requested that we advise the Court of the nature of Mr. Sanberg's cooperation.

**Ex. A-12**

WACHTELL, LIPTON, ROSEN & KATZ

Hon. Stephen V. Wilson
April 17, 2026
Page 2


       Mr. Sanberg sat with us for two in-person interviews, produced documents, and, through his counsel, provided additional information that was relevant to our investigation.

       In all our dealings with Mr. Sanberg, both directly and through his counsel, he provided information that was consistent with our review of contemporaneous documents and other evidence.  Mr. Sanberg's cooperation substantially assisted our investigation, including our ability to develop a more complete understanding of key events.

       At no time during our dealings with Mr. Sanberg and his counsel did they seek, nor did we make, any promises in exchange for his cooperation.

       Thank you for your attention to this matter.

Respectfully submitted,

David B. Anders

**Ex. A-12**