The Honorable Stephen V. Wilson
United States District Court
Central District of California

January 30, 2026

Stephen L. Kane
██████████████████
Playa Vista, CA ████

Dear Judge Wilson:

I've known Joe for some thirty years. Mostly as a friend and ally but also as a colleague of sorts.[1] We know a number of people in common and have interacted in a wide variety of contexts over time, e.g. weddings, birthday parties, college visits, nights on the town, high stakes business meetings, and breezy afternoons by the beach. We've long enjoyed deep philosophical discussions and have had our fair share of heart to hearts. We always dreamt big and resolved, even as "kids", to dedicate ourselves to doing good.

I believe I first met Joe in high school, at a Junior State of America conference. If memory serves, he was voted in as Governor. An image of him from those days is etched in my mind - even back then, he exhibited some rare and powerful qualities. He had a certain presence - a quiet confidence and sincere seriousness matched by a confident humility and earned wisdom. I don't remember if I saw him make a speech back then but he is extremely eloquent and passionate. I believe you can learn a lot about a person by the way they speak and the sound of their voice - his is regal and commanding, optimistic and encouraging.

These qualities are hard to fake- in my experience, they tend to exude from genuine spirit and introspective depth. Regardless of any mistakes he's made in life - and despite this prosecution and his total acceptance of responsibility - my first-hand experience with Joe is that he has character in droves. One that is solidly rooted in good values and an upbringing that, like me, exposed him to the vulnerable aspects of humanity early on. That's where his motivation comes from. He's not perfect, of course. None of us are. But he most certainly has unique and admirable character traits.

One of my last memories of Joe before finding out about this prosecution was meeting up with him in Westwood to hand out food and water at a homeless encampment (one of the many that cropped up over Covid). My understanding is he went regularly. I joined once. We wandered the park handing out provisions, alongside other volunteers. Joe went into every tent, looked every person in the eye and connected with them individually. That's who Joe is.

---

[1] In the interests of full disclosure - approximately ten years ago, Joe invested $50,000 in a startup I founded. His involvement has been limited to that of an early-stage investor. My letter reflects my personal perspective as a friend.

**Ex. A-13**

Another thing I'll share - a couple years ago or so, Joe did something I didn't appreciate. Not a big deal at all, I'm just a little sensitive and wanted to air it out with him. I texted him about it. Rather than get defensive, angry, or dismissive, Joe addressed it directly, showed empathy, and immediately apologized. I don't know too many people like that. But that's Joe.

I trust you're well aware of Joe's biography. It was gilded and unrivaled by the time he turned 30. His list of accomplishments is astounding. Joe is one of the smartest, most talented and most compassionate members of our peer group. I know a number of wildly successful people - in my experience, very few of them spend much time actively working to help people like Joe has. With a full heart and concentrated energy, at that.

Your honor, Joe still has *so much more* to give this world. And the world desperately needs people like Joe. I pray you consider that in your deliberation. In any case, I'm proud to count him as a friend and will surely be visiting him wherever he lands. Thank you for hearing me out, I greatly appreciate it!

Sincerely,

*Stephen Kane*

Stephen L. Kane

**Ex. A-13**