January 31, 2026

Honorable Stephen V. Wilson

First Street U.S. Courthouse

Courtroom 10A

350 W 1st Street

Los Angeles, CA 90012


Dear Judge Wilson:

I am writing to share my personal experience with Joe Sanberg. I met Joe in 2018, and I have known him for approximately eight years. I am writing in my personal capacity to offer context based on my own interactions with him.

Joe was raised by a single mother, and he spoke about her often. I also know his mother personally, and through knowing both of them, I saw how being raised by a single mom shaped his values and his desire to help others. As a single working mother myself, I related to that shared background.

Joe was one of the first people who encouraged me during a formative period in my life to use my voice to help others. He believed my perspective as a mother mattered, and that encouragement influenced the path I took, including my decision to start a non-profit organization focused on public service and advocacy that has allowed me to use my voice in service of others.

In my experience, Joe was deeply committed to the causes he believed in and motivated by a genuine desire to help people. This included both Aspiration and Joe's anti-poverty efforts. I offer these reflections as an account of my personal experience with him.

Respectfully,

Simona Grace

**Ex. A-14**