March 29, 2026

Dear Judge Wilson,

I have known Joe Sanberg for over a decade. Over that time, our relationship has grown into a close friendship, and he has also become a trusted mentor to my son.

Joe is, at his core, a genuinely good and principled person. The portrayal I have seen of him in these proceedings stands in stark contrast to the individual I know. He is one of the least materialistic people I have ever encountered. Throughout the years I have known him, any financial success he achieved was consistently reinvested into his company, Aspiration, or directed toward efforts aimed at alleviating poverty and improving economic opportunity for others. Unlike many who seek influence, Joe did not pursue public office for personal advancement; instead, he supported initiatives such as raising the minimum wage to benefit working families. He has never lived extravagantly—he did not own luxury items, expensive clothing, or even a home. His focus has always been on purpose over personal gain.

Joe is also deeply compassionate and devoted to those around him. In recent years, he has dedicated significant time and care to his aging mother, demonstrating patience, responsibility, and love. During a particularly difficult period in my own life, when everything felt uncertain, Joe was a steady and reliable source of support. His presence and encouragement meant more than I can fully express.

Perhaps most meaningful to me is the role Joe has played in my son's life. He has been a consistently positive influence—spending time helping him develop his basketball skills, stepping in to take him to practices when I am unable, and attending as many of his games as possible. Beyond that, he encourages him, builds his confidence, and models perseverance and kindness.

As a single mother, I am very careful about who I allow into my son's life. I trust Joe completely because I have seen firsthand the values he embodies and the lessons he imparts—resilience, integrity, and a commitment to helping others. As my son enters his teenage years, their bond has become especially meaningful, and I am deeply grateful for Joe's presence in his life.

Like all people, Joe has acknowledged that he has made mistakes and exercised poor judgment at times. While I am not familiar with the specifics of the charges, I do know the character he has demonstrated consistently over many years. He has devoted his time, energy, and resources to building something he believed in, supporting causes that uplift others, and caring for his family. I respectfully ask that he be judged not solely on this moment, but on the totality of his character and the many years he has spent working toward economic equity and helping those in need.

Thank you for your time and for considering my perspective on Joe's character.

Sincerely,

Melahat Rafiei

**Ex. A-15**