Honorable Stephen V. Wilson
United States District Judge
First Street U.S. Courthouse
350 West 1st Street, Courtroom 10A
Los Angeles, CA 90012-4565

To the Honorable Judge,

My name is Rabbi David J. Sorani, and I am the CEO of the Jewish Grad Organization (JGO), a national nonprofit that serves thousands of Jewish grad students and alumni through campus-based community building, leadership development, and educational programming.

I am writing to share my interactions with Joseph Sanberg in the early years of our organization. I offer this letter solely to describe my firsthand experience with him in the limited communal contexts that I had with him and I am not expressing any opinion regarding matters currently before the Court.

During JGO's formative years, when the organization was still small and establishing its footing, Mr. Sanberg provided philanthropic support to our nonprofit organization. At that stage, early contributions such as his were meaningful in helping our organization grow and serve our students.

In addition to financial support, Mr. Sanberg was generous with his time. On several occasions, he spoke directly with our students through our programming. In those settings, he made an effort to engage thoughtfully with students, to speak openly about Jewish identity, the importance of philanthropy and giving back, and encouraged awareness of and opposition to antisemitism. From my perspective, he consistently tried his best to be helpful to students and to contribute positively to the Jewish community within the scope of those interactions, and they were very helpful and meaningful.

Mr. Sanberg was also involved for a few years in supporting Passover Seder meals through our organization for individuals and families from around Los Angeles County who otherwise would not have been able to afford them.

Thank you for your time and consideration. I provide this information respectfully and with appreciation for the Court's role and responsibilities.

With much respect,

Rabbi David J. Sorani
CEO, Jewish Grad Organization (JGO)

**Ex. A-16**