Allison D. Weinberg



Scarsdale, New York

Your Honor,

I am a career counselor for college students based in Westchester, New York, and I am writing to offer a character reference in support of Joseph Sanberg.

I met Joe in June 2001 when we were both on the same project team as summer interns at Bain & Company, a management consulting firm, in Boston. I was a Harvard Business School student at the time, and Joe was a Harvard undergraduate student. I had previously graduated from Harvard in 1996 with an undergraduate degree in Romance Languages and Literatures.

Because we were on the same project team, we worked together on a daily basis for the duration of the summer internship. We remained close friends for the remaining year while we were both finishing our respective degrees in Boston, and we stayed in touch for several years after that. We lost touch soon after I gave birth to my first child in 2006 and reconnected this past summer when I was visiting Los Angeles and reached out to Joe to reconnect.

From the moment I met Joe in 2001, he stood out to me as quite different from most Harvard students I had met in both my undergraduate and business school years – as well as most people his age in general – for several reasons: he was authentic; he grew up with very limited means and a father who had abandoned him; he spoke constantly about his love for his mother and his significant concerns about her failing health; he was deeply committed to public service and helping to alleviate poverty; and he was also deeply committed to Jewish ethics and values.

Unlike many people I had met at Havard and in other walks of life, Joe was uncharacteristically authentic. He did not tell you what you wanted to hear. He also did not present himself differently depending on the audience, nor did he seek to deflect responsibility when confronted with difficult conversations or mistakes he had made. Even when discussing uncomfortable topics, he was direct and candid rather than evasive. Although it is certainly possible for someone to be genuine and simultaneously exercise poor judgment, what stood out to me about Joe was his capacity to acknowledge his mistakes in a uniquely mature way. Because Joe was someone I both worked with and became personal friends with, I saw this side of Joe on a regular basis.

Joe also had an upbringing that was quite different from mine – both financially and family-wise – and I was taken by how thoughtful, focused, generous, and kind he was in spite of this. First, Joe grew up very poor. His childhood house was lost to foreclosure when he was young. I

1

**Ex. A-17**

remember wondering how he was able to focus on his studies and remain so upbeat when he had grown up with so little. Second, Joe grew up with an abusive father who beat him and then abandoned him. Joe spoke candidly about the pain in his life that stemmed from his father's behavior and subsequent absence; this seemed to weigh heavily on him.

Third, Joe spent a tremendous amount of time worried about his mother, who ███████████ ██████████████████████. I remember numerous conversations about Joe's mother – his deep love for her, his concerns for her health, his fear of being so far away from her on the east coast where he could not take proper care of her, and his need to settle in Los Angeles to be close to her. Joe was in his early 20's at the time, and I remember thinking that the conversations I had with him about his need to take care of his mother reminded me of my own parents' need to take care of their parents – only, my parents were thirty years older than Joe. Having come from a very loving and financially stable family – a foundation to which I attribute most of my life's success – I was quite struck by Joe's ability to remain upbeat, positive, focused, optimistic, and kind despite his challenging financial and family circumstances.

Joe also stood out to me for his relentless commitment to public service. A huge percentage of my conversations with Joe centered around his desire to alleviate poverty in the United States. I remember that he had taken time off during college to do advance work for Al Gore's campaign, thereby delaying his graduation by a semester. This commitment to public service was one of Joe's hallmarks. In fact, Joe was so focused on changing the world so others would not have to suffer through poverty the way he had that when I thought of him throughout the years when we were out of touch, Joe's crusade to alleviate poverty was the first topic that would always come to mind.

In addition to the above, Joe also stood out to me for his deep connection and commitment to his Jewish roots, faith, and values, and his lack of materialism and superficiality of any type. Unlike many people around us at the time who sought to build wealth in pursuit of material possessions, lavish vacations, and social status, Joe's only goal was to help others, and his clear commitment to this goal was quite admirable to me.

I reconnected with Joe this past summer when I was helping my younger daughter move into a summer program at UCLA. After being out of touch with him for the better part of 20 years, I was surprised that Joe came across as exactly the same person I knew in the early 2000's. Unlike many people who change throughout the years, Joe's character seemed completely intact: he was authentic and transparent, and not superficial or materialistic. He spoke at length about poverty alleviation, public service, and his strong commitment to Judaism; and he was still equally focused on his mother's health and his need to be close to her to take care of her.

2

**Ex. A-17**

With respect to the mistakes he made at Aspiration, Joe repeatedly came across as introspective, thoughtful, and mature, taking full accountability and responsibility for his role in the wrongdoing.

Having known Joe well at a formative stage in his life and having reconnected with him recently, I believe that he possesses a deep capacity for reflection, accountability, and growth. While I do not minimize the seriousness of his conduct before the Court, I respectfully ask that the Court consider my observations of his character and long-standing values when determining an appropriate outcome.

Thank you for your time and consideration.

Respectfully submitted,

Allison D. Weinberg

3

**Ex. A-17**