## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No.: | 2:25-cr-00200-SVW | Date: | April 27, 2026 |
|---|---|---|---|

Present: The Honorable **STEPHEN V. WILSON, United States District Judge**

Interpreter: N/A

| Daniel Tamayo | c/s 4-27-2026 | Adam L.D. Stempel AUSA<br>Theodore M. Kneller AUSA<br>Alex Su AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Joseph Neal Sanberg | √ | | √ | Brian R Michael, retained | √ | | √ |
| | | | | Marc L. Mukasey retained | √ | | √ |
| | | | | Torrey K. Young retained | √ | | √ |

**Proceedings:**     SENTENCING (held and continued)

Case called. For the reasons stated on the record, the Court ORDERS the Government to file their Sentencing Memorandum, as described on the record, by May 11, 2026. The Defendant's Response is due May 18, 2026. The matter is CONTINUED to June 1, 2026, at 10:00 a.m.

2  :  20

Initials of Deputy Clerk    DTA

CR-11 (09/98)                    **CRIMINAL MINUTES - GENERAL**                    Page 1 of 1