TODD W. BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
NISHA CHANDRAN (Cal. Bar No. 325345)
Assistant United States Attorney
Major Frauds
       1100 United States Courthouse
       312 North Spring Street
       Los Angeles, California 90012
       Telephone: (213) 894-2429
       Facsimile: (213) 894-0241
       E-mail:    Nisha.Chandran@usdoj.gov

LORINDA I. LARYEA
Chief, Fraud Section
Criminal Division, U.S. Department of Justice
THEODORE M. KNELLER (D.C. Bar No. 978680)
ADAM L.D. STEMPEL (D.C. Bar No. 1615015)
Trial Attorneys
U.S. Department of Justice
    1400 New York Avenue, NW
    Washington, DC 20530
    Telephone: (202) 514-5799
    Facsimile: (202) 514-3708
    Email: Theodore.Kneller@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>                   v.<br><br>JOSEPH NEAL SANBERG,<br><br>              Defendant. | No. CR 2:25-CR-200-SVW<br><br>GOVERNMENT'S SUBMISSION OF VICTIM IMPACT STATEMENTS; EXHIBITS FILED UNDER SEAL<br><br>Hearing Date: July 20, 2026<br>Hearing Time: 11:00 a.m.<br>Location:    Courtroom of the Hon.<br>             Stephen V. Wilson |

       Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California, Assistant United States Attorney Nisha

Chandran, United States Department of Justice Fraud Section Chief Lorinda I. Laryea, Trial Attorneys Theodore M. Kneller and Adam L.D. Stempel, hereby submits a compilation of over 150 Victim Impact Statements, filed separately under seal, which were received by the government in the above-captioned case. Supporting documentation submitted by victims separately from the Victim Impact Statements is omitted. The government is still engaged in processing additional Victim Impact Statements and will file a supplemental submission prior to the restitution hearing set for July 20, 2026.

Dated: May 26, 2026                    Respectfully submitted,

                                       TODD W. BLANCHE
                                       Acting Attorney General

                                       BILAL A. ESSAYLI
                                       First Assistant United States
                                       Attorney

                                       ALEXANDER B. SCHWAB
                                       Assistant United States Attorney
                                       Acting Chief, Criminal Division

                                       LORINDA I. LARYEA
                                       Chief, Fraud Section
                                       U.S. Department of Justice

                                       NISHA CHANDRAN
                                       Assistant United States Attorney
                                       Major Frauds

                                         /s/
                                       ADAM L.D. STEMPEL
                                       THEODORE M. KNELLER
                                       Trial Attorneys

                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA