Brian R. Michael (CA SBN 240560) BMichael@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017
Tel:  (213) 892-5200; Fax: (213 892-5454)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S)<br><br>v.<br><br>JOSEPH NEAL SANBERG<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:25-cr-00200(a)-SVW<br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☑ Filed  ☐ Lodged:  (**List Documents**)

DEFENDANT'S RESPONSE TO THE GOVERNMENT'S SUPPLEMENTAL SENTENCING POSITION; EXHIBITS A-N.

**Reason:**

☑  Under Seal

☐  In Camera

☐  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐  Per Court order dated:  _____

☐  Other:

| | |
|---|---|
| May 27, 2026 | Brian R. Michael |
| Date | Attorney Name |
| | Attorney for Defendant, Joseph Neal Sanberg |
| | Party Represented |

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                                        NOTICE OF MANUAL FILING OR LODGING