BRIAN R. MICHAEL (CA SBN 240560)
Morrison Foerster LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: (213)892-5200
Facsimile: (213)892-5454
E-Mail:   bmichael@mofo.com

MARC L. MUKASEY (*Pro Hac Vice*)
TORREY K. YOUNG (*Pro Hac Vice*)
620 Eighth Avenue, 32nd Floor
New York, NY 10018-1405
Telephone: (212)218-5500
Facsimile: (212)218-5526
E-Mail:   mmukasey@seyfarth.com
          tkyoung@seyfarth.com

Attorneys for Defendant
JOSEPH NEAL SANBERG

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 25-CR-200-SVW |
| Plaintiff, | DEFENDANT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS; DECLARATION OF BRIAN R. MICHAEL |
| v. | |
| JOSEPH NEAL SANBERG, | **CURRENT SENTENCING HEARING DATE:** June 1, 2026, at 1:30 p.m. |
| Defendant. | |

Defendant JOSEPH NEAL SANBERG, individually and by and through his counsel of record, Brian R. Michael and Marc L. Mukasey, hereby applies ex parte for an order that the Defendant's response to the government's sentencing position and accompanying exhibits be filed under seal.

This ex parte application is based upon the attached declaration of Brian R. Michael.

Dated: May 27, 2026                     Respectfully submitted,

                                         /s/ *Brian R. Michael*
                                        BRIAN R. MICHAEL
                                        Morrison Foerster LLP
                                        707 Wilshire Boulevard, Suite 6000
                                        Los Angeles, CA 90017

                                        MARC L. MUKASEY
                                        TORREY K. YOUNG
                                        Seyfarth Shaw LLP
                                        620 8th Avenue, 32nd Floor
                                        New York, NY 10018

                                        Attorneys for Defendant
                                        JOSEPH NEAL SANBERG

2

## DECLARATION OF BRIAN R. MICHAEL

I, Brian R. Michael, declare as follows:

1.    I am a partner at Morrison & Foerster LLP and am one of the attorneys representing Defendant Joeseph Neal Sanberg in this case.

2.    The defense requests leave to file its Response to the Government's Supplemental Sentencing Position and the exhibits under seal.  The defense's Response and exhibits contain personally identifying information of some victims in this case as well as other information that has been designated confidential by the parties. The defense seeks leave to file the exhibit under seal in order to maintain the confidentiality of the victims' information in accordance with the protective order entered in this case (Dkt. 39).

3.    The defense has communicated with the government who does not oppose filing the defense's Response under seal.

I declare under penalty under perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on May 27, 2026.

Dated: May 27, 2026            Respectfully submitted,

                               /s/ *Brian R. Michael*
                               BRIAN R. MICHAEL

3