BRIAN R. MICHAEL (CA SBN 240560)
Morrison Foerster LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: (213)892-5200
Facsimile: (213)892-5454
E-Mail:   bmichael@mofo.com

MARC L. MUKASEY (*Pro Hac Vice*)
TORREY K. YOUNG (*Pro Hac Vice*)
620 Eighth Avenue, 32nd Floor
New York, NY 10018-1405
Telephone: (212)218-5500
Facsimile: (212)218-5526
E-Mail:   mmukasey@seyfarth.com
          tkyoung@seyfarth.com

Attorneys for Defendant
JOSEPH NEAL SANBERG

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 25-CR-200-SVW |
| Plaintiff, | ~~[PROPOSED]~~ ORDER SEALING DOCUMENTS |
| v. | |
| JOSEPH NEAL SANBERG, | **CURRENT SENTENCING HEARING DATE:** June 1, 2026, at 1:30 p.m. |
| Defendant. | |

# ~~[PROPOSED]~~  ORDER

For good cause shown, IT IS HEREBY ORDERED THAT:

Defendant Joseph Neal Sanberg's ex parte application for sealed filing is GRANTED.  The documents sought to be filed under seal shall be filed under seal.  Defendant may produce the underlying documents as permitted or required by applicable law.

Dated: May 28, 2026

_____
Honorable Stephen V. Wilson
United States District Judge

2