Adam L.D. Stempel
DOJ Trial Attorney
1400 New York Avenue, NW
Washington, DC 20530

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>JOSEPH NEAL SANBERG,<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>No. CR 25-00200-SVW<br><br>**NOTICE OF MANUAL FILING**<br>**OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☑ Filed   ☐ Lodged:  (**List Documents**)

GOVERNMENT'S REPLY TO DEFENDANT'S RESPONSE TO THE GOVERNMENT'S SUPPLEMENTAL SENTENCING POSITION; DECLARATION OF ADAM L.D. STEMPEL; EXHIBITS [FILED UNDER SEAL]

**Reason:**

☑   Under Seal

☐   In Camera

☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐   Per Court order dated:  _____

☐   Other:

| | |
|---|---|
| May 29, 2026 | Adam L.D. Stempel |
| Date | Attorney Name |
| | United States of America |
| | Party Represented |

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                                   NOTICE OF MANUAL FILING OR LODGING