TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
NISHA CHANDRAN (Cal. Bar No. 325345)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2429
    Facsimile: (213) 894-0141
    E-mail:    nisha.chandran@usdoj.gov

LORINDA I. LARYEA
Chief, Fraud Section
Criminal Division, U.S. Department of Justice
THEODORE M. KNELLER (D.C. Bar No. 978680)
ADAM L.D. STEMPEL (D.C. Bar No. 1615015)
Trial Attorneys
U.S. Department of Justice
    1400 New York Avenue, NW
    Washington, DC 20530
    Telephone: (202) 514-5799
    Facsimile: (202) 514-3708
    Email: Theodore.Kneller@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 25-00200-SVW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SEALING DOCUMENTS |
| v. | |
| JOSEPH NEAL SANBERG, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's _ex parte_ application for sealed filing is GRANTED.  The documents sought to be filed under seal shall be filed

under seal.  The government may produce the underlying documents as permitted or required by applicable law.

 May 29, 2026
 DATE

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

2

**IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED.

---

DATE

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
ADAM L.D. STEMPEL
Trial Attorney