UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No.: | 2:25-cr-00200-SVW | | Date: | June 1, 2026 |
|---|---|---|---|---|

Present: The Honorable **STEPHEN V. WILSON, United States District Judge**

Interpreter: N/A

| Daniel Tamayo | c/s 6-1-2026 | Adam L.D. Stempel<br>Theodore M. Kneller |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Joseph Neal Sanberg | √ | | √ | Brian R Michael, retained | √ | √ | |
| | | | | Marc L. Mukasey retained | √ | √ | |
| | | | | Torrey Kaufman Young retained | √ | √ | |

**Proceedings:** SENTENCING (Non-Evidentiary)

Refer to separate Judgment Order.

Defendant informed of right to appeal.

|  | 1 | : | 30 |
|---|---|---|---|

Initials of Deputy Clerk   DTA