UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**
Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form.  *(Additional instructions on next page.)*

COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Emelie Gerard | 2a. Contact Phone Number: 310.552.8642 | 3a. Contact E-mail Address: egerard@gibsondunn.com |
| 1b. Attorney Name (if different): Diana Feinstein | 2b. Attorney Phone Number: 310.551.8705 | 3b. Attorney E-mail Address: dfeinstein@gibsondunn.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)
Gibson Dunn & Crutcher LLP
2000 Avenue of the Stars, Suite 1200N
Los Angeles, CA  90067-4700

5. Name & Role of Party Represented: Alpha Edison (third party)

6. Case Name: USA v. Sanberg

7a. District Court Case Number: 2:25-cr-00200-SVW

7b. Appeals Court Case Number:

8.  INDICATE WHETHER PROCEEDING WAS *(choose only one per form)*:

[X] DIGITALLY RECORDED      [ ] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER:

9. THIS TRANSCRIPT ORDER IS FOR:   [ ] Appeal  [ ] Non-Appeal    [X] Criminal  [ ] Civil    [ ] CJA  [ ] USA  [ ] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):   *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| a. HEARING(S) OR PORTIONS OF HEARINGS (Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.) | | | | b. SELECT FORMAT(S) *(CM/ECF access included with purchase of transcript.)* | | | | | | c. RELEASE OF TRANS. RESTRICTION DATE | d.  DELIVERY TYPE 30-day, 14-day, 7-day, 3-day, Daily, Hourly |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION *If requesting less than full hearing, specify portion (e.g., witness or time). CJA orders: indicate if openings, closings, voir dire, or instructions requested.* | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | *(Provide release date of efiled transcript, or check to certify none yet on file.)* | *(Check with court reporter before choosing any delivery time sooner than "Ordinary-30.")* |
| 6/1/2026 | 149 | S. Wilson | Sentencing Hearing | ● | ○ | ○ | ○ | ○ | ○ | ● _____ | ORDINARY (30-day) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.  *CJA Orders:  Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

12.  ORDER & CERTIFICATION.  By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: June 4, 2026          Signature:

G-120 (06/18)