TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Assistant United States Attorney
Chief, Criminal Division
NISHA CHANDRAN (Cal. Bar No. 325345)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2429
     Facsimile: (213) 894-0141
     E-mail:    nisha.chandran@usdoj.gov

LORINDA I. LARYEA
Chief, Fraud Section
Criminal Division, U.S. Department of Justice
THEODORE M. KNELLER (D.C. Bar No. 978680)
ADAM L.D. STEMPEL (D.C. Bar No. 1615015)
Trial Attorneys
U.S. Department of Justice
     1400 New York Avenue, NW
     Washington, DC 20530
     Telephone: (202) 514-5799
     Facsimile: (202) 514-3708
     Email: Theodore.Kneller@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>JOSEPH NEAL SANBERG,<br><br>　　　　Defendant. | No. CR 25-00200-SVW<br><br>GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS; DECLARATION OF ADAM L.D. STEMPEL |

Plaintiff United States of America, by and through its counsel of record, DOJ Trial Attorney Adam L.D. Stempel, hereby applies ex parte for an order that victim impact statements received by the government be filed under seal.

This ex parte application is based upon the attached declaration of Adam L.D. Stempel.

Dated: July 8, 2026                    Respectfully submitted,

                                       TODD W. BLANCHE
                                       Acting Attorney General

                                       BILAL A. ESSAYLI
                                       First Assistant United States
                                       Attorney

                                       JENNIFER L. WAIER
                                       Assistant United States Attorney
                                       Chief, Criminal Division

                                       LORINDA I. LARYEA
                                       Chief, Fraud Section
                                       U.S. Department of Justice

                                       NISHA CHANDRAN
                                       Assistant United States Attorney
                                       Major Frauds

                                          /s/
                                       ADAM L.D. STEMPEL
                                       THEODORE M. KNELLER
                                       Attorneys for Plaintiff

                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA

2

**<u>DECLARATION OF ADAM L.D. STEMPEL</u>**

I, Adam L.D. Stempel, declare as follows:

1.    I am a Department of Justice Trial Attorney and am one of the attorneys representing the government in this case.

2.    The government requests leave to file under seal a compilation of victim impact statements received from victims of defendant's offense conduct. The victim impact statements contain personal identifying information victims in this case as well as information that has been designated confidential by the parties. The government seeks leave to file the victim impact statements under seal in order to maintain the confidentiality of the victims' information in accordance with its obligations under the Crime Victims' Rights Act and other applicable laws, as well as to abide by the protective order entered in this case (Dkt. 39).

3.    The government has requested defendant's attorneys position on the sealing but has not heard back in time for filing.  Defense counsel has not opposed other requests to file victim-related materials under seal.

4.    Should the Court deny this application, the government requests that the victim impact statements not be filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Lincoln, Nebraska, on July 8, 2026.

/s/ Adam L.D. Stempel
ADAM L.D. STEMPEL