Adam L.D. Stempel
DOJ Trial Attorney
1400 New York Avenue, NW
Washington, DC 20530

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES<br><br>PLAINTIFF(S)<br><br>v.<br><br>JOSEPH NEAL SANBERG,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>No. CR 25-00200-SVW<br><br>**NOTICE OF MANUAL FILING**<br>**OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

GOVERNMENT'S POSITION ON RESTITUTION; DECLARATION OF TRISTAN LOZANO; EXHIBIT [FILED UNDER SEAL]

**Reason:**

☑ Under Seal

☐ In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

July 8, 2026_____
Date

Adam L.D. Stempel_____
Attorney Name

United States of America_____
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                           NOTICE OF MANUAL FILING OR LODGING