BRIAN R. MICHAEL (CA SBN 240560)
Morrison Foerster LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: (213)892-5200
Facsimile: (213)892-5454
E-Mail:   bmichael@mofo.com

MARC L. MUKASEY (*Pro Hac Vice*)
TORREY K. YOUNG (*Pro Hac Vice*)
620 Eighth Avenue, 32nd Floor
New York, NY 10018-1405
Telephone: (212)218-5500
Facsimile: (212)218-5526
E-Mail:   mmukasey@seyfarth.com
          tkyoung@seyfarth.com

Attorneys for Defendant
JOSEPH NEAL SANBERG

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH NEAL SANBERG,<br><br>    Defendant. | No. 25-CR-200-SVW<br><br>STIPULATION REGARDING REQUEST FOR CONTINUANCE OF RESTITUTION HEARING<br><br>**CURRENT RESTITUTION HEARING DATE:** JULY 20, 2026, at 11:00 a.m.<br><br>**PROPOSED RESTITUTION HEARING DATE:** September 28, 2026, at 11:00 a.m. |

Defendant JOSEPH NEAL SANBERG, individually and by and through his counsel of record, Brian R. Michael and Marc L. Mukasey, and Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California, Assistant United States Attorney Nisha Chandran, and U.S. Department of Justice Trial Attorneys Theodore M. Kneller and Adam L.D. Stempel, hereby stipulate as follows:

1.     Sentencing in this matter was held on June 1, 2026. (ECF No. 149.)  Pursuant to a prior stipulated request filed by the parties and granted by the Court, the Restitution Hearing was deferred until July 20, 2026, at 11:00 a.m.  (ECF No. 85.)

2.     The parties are now requesting a second deferral of the Restitution Hearing, until September 28, 2026, at 11:00 a.m., or to the earliest date thereafter available on the Court's calendar.

3.     The parties respectfully submit that good cause exists for this request for the following reasons:

a.     Based on recent unpredictable developments, one of Mr. Sanberg's co-lead counsel, who is based in Los Angeles, will no longer be available on July 20 because he needs to travel out-of-state to be with and tend to an elderly parent on hospice care who has suffered a significant demise in health condition, as well as to be with and support his other elderly parent, including to assist with making necessary arrangements.

b.     As set forth in the parties' prior stipulation regarding the Restitution Hearing, and as addressed during Sentencing, this matter presents complex issues regarding loss amount and victims.  As such, the full participation of Mr. Sanberg's co-lead counsel to prepare for and attend the Restitution Hearing is critical for the adequate representation of Mr. Sanberg's interests. The requested continuation will not only enable co-lead defense counsel to attend the Restitution Hearing, but it will also allow sufficient time in advance of the hearing to (i) complete the review of additional materials recently produced to the defense by the Government, (ii) continue discussions with the Government regarding these materials, (iii) pursue a potential stipulated resolution that

would avoid the need for a hearing, and, if necessary, (iv) to prepare and submit briefing in advance of the hearing.

4.   Although 18 U.S.C. § 3664(d)(5) requires that a date be set for the final determination of victim's losses not to exceed 90 days after sentencing, for the reasons set forth above and to the extent not already waived by the terms of his plea agreement, Mr. Sanberg waives objection to a restitution ordered by the Court based on the timeliness of when such restitution order. Defense counsel has conferred with and advised Mr. Sanberg regarding the timing requirements set forth in § 3664(d)(5) and hereby confirms that his waiver is knowing and voluntary.

5.   Accordingly, for the reasons set forth above, as well as to take into account pre-existing schedule conflicts for both Government and defense counsel, including other time-sensitive work matters, prepaid summer travel, and religious observances, the parties respectfully request that the Restitution Hearing be continued to September 28, 2026 at 11:00 a.m., or to the earliest date thereafter available on the Court's calendar.

IT IS SO STIPULATED.

Dated: July 15, 2026          Respectfully submitted,

 /s/ *Brian R. Michael*
BRIAN R. MICHAEL
Morrison Foerster LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017

MARC L. MUKASEY
TORREY K. YOUNG
Seyfarth Shaw LLP
620 8th Avenue, 32nd Floor
New York, NY 10018

Attorneys for Defendant
JOSEPH NEAL SANBERG


BILAL A. ESSAYLI
First Assistant United States
Attorney

JENNIFER L. WAIER
Chief Assistant
United States Attorney
Chief, Criminal Division

NISHA CHANDRAN
Assistant United States Attorney
Major Frauds Section

 /s/ *Adam L.D. Stempel*
ADAM L.D. STEMPEL
THEODORE M. KNELLER
Trial Attorneys, Fraud Section
U.S. Department of Justice

Attorneys for Plaintiff
UNITED STATES OF AMERICA