BRIAN R. MICHAEL (CA SBN 240560)
Morrison Foerster LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: (213)892-5200
Facsimile: (213)892-5454
E-Mail:   bmichael@mofo.com

MARC L. MUKASEY (*Pro Hac Vice*)
TORREY K. YOUNG (*Pro Hac Vice*)
620 Eighth Avenue, 32nd Floor
New York, NY 10018-1405
Telephone: (212)218-5500
Facsimile: (212)218-5526
E-Mail:   mmukasey@seyfarth.com
          tkyoung@seyfarth.com

Attorneys for Defendant
JOSEPH NEAL SANBERG

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 25-CR-200-SVW |
| Plaintiff, | ~~[PROPOSED]~~ ORDER GRANTING STIPULATION REGARDING REQUEST FOR CONTINUANCE OF RESTITUTION HEARING |
| v. | |
| JOSEPH NEAL SANBERG, | **CURRENT RESTITUTION HEARING DATE:** |
| Defendant. | July 20, 2026, at 11:00 a.m. |
| | **NEW RESTITUTION HEARING DATE:** |
| | September 28, 2026, at 11:00 a.m. |

## [PROPOSED] ORDER

Before the Court is Defendant JOSEPH NEAL SANBERG's Stipulation Regarding Request for Continuance of Restitution Hearing. Having read and considered the Stipulation, and all other matters properly before the Court, and for good cause appearing,

IT IS HEREBY ORDERED THAT the requested continuance of the restitution hearing stipulated to by the parties is GRANTED. The restitution hearing is continued to September 28, 2026 at 11:00 a.m.

IT IS SO ORDERED.

Dated: July 15, 2026

_____
Honorable Stephen V. Wilson
United States District Judge

2