UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSEPH NEAL SANBERG,<br>Defendant. | Case No. 25-CR-200-SVW<br>**~~[PROPOSED]~~ ORDER SEALING DOCUMENTS**<br>**Current Restitution Hearing Date**:<br>Date: September 28, 2026<br>Time: 11:00 a.m.<br>Courtroom: 10A<br>Judge: Stephen V. Wilson |

For good cause shown, IT IS HEREBY ORDERED THAT:

Defendant Joseph Neal Sanberg's ex parte application for sealed filing is GRANTED. The documents sought to be filed under seal shall be filed under seal. Defendant may produce the underlying documents as permitted or required by applicable law.

Dated: September 28, 2026

Honorable Stephen V. Wilson
United States District Judge